UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.

Todd Douglas Miller,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Crim. No. 05-147(02) (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket Nos. 35] is denied.

DATED: August 19, 2005

s/ Michael J. Davis
Michael J. Davis, Judge
United States District Court